Fill in this information to identify your case:

United States Bankruptcy Court for the:

NORTHERN DISTRICT OF CALIFORNIA

Case number *(if known)* _____ Chapter **7**

☐ Check if this an
   amended filing

Official Form 201

# Voluntary Petition for Non-Individuals Filing for Bankruptcy 06/22

**If more space is needed, attach a separate sheet to this form. On the top of any additional pages, write the debtor's name and the case number (if known). For more information, a separate document, *Instructions for Bankruptcy Forms for Non-Individuals,* is available.**

| | | |
|---|---|---|
| 1. | Debtor's name | **TOTAL INFUSION INC** |

| | |
|---|---|
| 2. | **All other names debtor used in the last 8 years**<br>Include any assumed names, trade names and *doing business as* names |

| | | |
|---|---|---|
| 3. | **Debtor's federal Employer Identification Number** (EIN) | **84-2025227** |

4. **Debtor's address**

| Principal place of business | Mailing address, if different from principal place of business |
|---|---|
| **6955 Foothill Blvd Suite 67A**<br>**Oakland, CA 94605**<br>Number, Street, City, State & ZIP Code | **6610 Bancroft Ave**<br>**Oakland, CA 94605**<br>P.O. Box, Number, Street, City, State & ZIP Code |
| **Alameda**<br>County | **Location of principal assets, if different from principal place of business**<br><br>Number, Street, City, State & ZIP Code |

| | | |
|---|---|---|
| 5. | **Debtor's website** (URL) | |

6. **Type of debtor**

☑ Corporation (including Limited Liability Company (LLC) and Limited Liability Partnership (LLP))

☐ Partnership (excluding LLP)

☐ Other. Specify: _____

**7. Describe debtor's business**

A. *Check one:*

- [x] Health Care Business (as defined in 11 U.S.C. § 101(27A))
- [ ] Single Asset Real Estate (as defined in 11 U.S.C. § 101(51B))
- [ ] Railroad (as defined in 11 U.S.C. § 101(44))
- [ ] Stockbroker (as defined in 11 U.S.C. § 101(53A))
- [ ] Commodity Broker (as defined in 11 U.S.C. § 101(6))
- [ ] Clearing Bank (as defined in 11 U.S.C. § 781(3))
- [ ] None of the above

B. *Check all that apply*

- [ ] Tax-exempt entity (as described in 26 U.S.C. §501)
- [ ] Investment company, including hedge fund or pooled investment vehicle (as defined in 15 U.S.C. §80a-3)
- [ ] Investment advisor (as defined in 15 U.S.C. §80b-2(a)(11))

C. NAICS (North American Industry Classification System) 4-digit code that best describes debtor. See
http://www.uscourts.gov/four-digit-national-association-naics-codes.

__8093__

**8. Under which chapter of the Bankruptcy Code is the debtor filing?**

A debtor who is a "small business debtor" must check the first sub-box. A debtor as defined in § 1182(1) who elects to proceed under subchapter V of chapter 11 (whether or not the debtor is a "small business debtor") must check the second sub-box.

*Check one:*

- [x] Chapter 7
- [ ] Chapter 9
- [ ] Chapter 11. *Check **all** that apply*:
  - [ ] The debtor is a small business debtor as defined in 11 U.S.C. § 101(51D), and its aggregate noncontingent liquidated debts (excluding debts owed to insiders or affiliates) are less than $3,024,725. If this sub-box is selected, attach the most recent balance sheet, statement of operations, cash-flow statement, and federal income tax return or if any of these documents do not exist, follow the procedure in 11 U.S.C. § 1116(1)(B).
  - [ ] The debtor is a debtor as defined in 11 U.S.C. § 1182(1), its aggregate noncontingent liquidated debts (excluding debts owed to insiders or affiliates) are less than $7,500,000, **and it chooses to proceed under Subchapter V of Chapter 11.** If this sub-box is selected, attach the most recent balance sheet, statement of operations, cash-flow statement, and federal income tax return, or if any of these documents do not exist, follow the procedure in 11 U.S.C. § 1116(1)(B).
  - [ ] A plan is being filed with this petition.
  - [ ] Acceptances of the plan were solicited prepetition from one or more classes of creditors, in accordance with 11 U.S.C. § 1126(b).
  - [ ] The debtor is required to file periodic reports (for example, 10K and 10Q) with the Securities and Exchange Commission according to § 13 or 15(d) of the Securities Exchange Act of 1934. File the *Attachment to Voluntary Petition for Non-Individuals Filing for Bankruptcy under Chapter 11* (Official Form 201A) with this form.
  - [ ] The debtor is a shell company as defined in the Securities Exchange Act of 1934 Rule 12b-2.
- [ ] Chapter 12

**9. Were prior bankruptcy cases filed by or against the debtor within the last 8 years?**

If more than 2 cases, attach a separate list.

- [x] No.
- [ ] Yes.

| | District | When | Case number |
|---|---|---|---|
| District | _____ | When _____ | Case number _____ |
| District | _____ | When _____ | Case number _____ |

**10. Are any bankruptcy cases pending or being filed by a business partner or an affiliate of the debtor?**

- [ ] No
- [x] Yes.

| Debtor | **TOTAL INFUSION INC** | Case number (*if known*) | |
|---|---|---|---|
| | Name | | |

| List all cases. If more than 1, attach a separate list | Debtor | **Drake and Lakeeta Conti** | Relationship | **Owners to business** |
|---|---|---|---|---|
| | District | **California Northern Bankruptcy Court** | | |
| | | When **3/31/23** | Case number, if known | **23-40366** |

---

**11. Why is the case filed in *this district*?** *Check all that apply:*

☑ Debtor has had its domicile, principal place of business, or principal assets in this district for 180 days immediately preceding the date of this petition or for a longer part of such 180 days than in any other district.

☑ A bankruptcy case concerning debtor's affiliate, general partner, or partnership is pending in this district.

---

**12. Does the debtor own or have possession of any real property or personal property that needs immediate attention?**

☑ No

☐ Yes. Answer below for each property that needs immediate attention. Attach additional sheets if needed.

**Why does the property need immediate attention?** (*Check all that apply.*)

☐ It poses or is alleged to pose a threat of imminent and identifiable hazard to public health or safety.
What is the hazard? _____

☐ It needs to be physically secured or protected from the weather.

☐ It includes perishable goods or assets that could quickly deteriorate or lose value without attention (for example, livestock, seasonal goods, meat, dairy, produce, or securities-related assets or other options).

☐ Other

**Where is the property?** _____
Number, Street, City, State & ZIP Code

**Is the property insured?**

☐ No

☐ Yes. Insurance agency _____
Contact name _____
Phone _____

---

**█ Statistical and administrative information**

**13. Debtor's estimation of available funds** . *Check one:*

☐ Funds will be available for distribution to unsecured creditors.

☑ After any administrative expenses are paid, no funds will be available to unsecured creditors.

---

**14. Estimated number of creditors**

| | | |
|---|---|---|
| ☑ 1-49 | ☐ 1,000-5,000 | ☐ 25,001-50,000 |
| ☐ 50-99 | ☐ 5001-10,000 | ☐ 50,001-100,000 |
| ☐ 100-199 | ☐ 10,001-25,000 | ☐ More than100,000 |
| ☐ 200-999 | | |

---

**15. Estimated Assets**

| | | |
|---|---|---|
| ☐ $0 - $50,000 | ☐ $1,000,001 - $10 million | ☐ $500,000,001 - $1 billion |
| ☐ $50,001 - $100,000 | ☐ $10,000,001 - $50 million | ☐ $1,000,000,001 - $10 billion |
| ☑ $100,001 - $500,000 | ☐ $50,000,001 - $100 million | ☐ $10,000,000,001 - $50 billion |
| ☐ $500,001 - $1 million | ☐ $100,000,001 - $500 million | ☐ More than $50 billion |

---

**16. Estimated liabilities**

| | | |
|---|---|---|
| ☐ $0 - $50,000 | ☑ $1,000,001 - $10 million | ☐ $500,000,001 - $1 billion |
| ☐ $50,001 - $100,000 | ☐ $10,000,001 - $50 million | ☐ $1,000,000,001 - $10 billion |
| ☐ $100,001 - $500,000 | ☐ $50,000,001 - $100 million | ☐ $10,000,000,001 - $50 billion |
| ☐ $500,001 - $1 million | ☐ $100,000,001 - $500 million | ☐ More than $50 billion |

Case: 23-41619   Doc# 1   Filed: 12/11/23   Entered: 12/11/23 14:40:11   Page 3 of 45

| | **Request for Relief, Declaration, and Signatures** |

**WARNING --** Bankruptcy fraud is a serious crime. Making a false statement in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both. 18 U.S.C. §§ 152, 1341, 1519, and 3571.

**17. Declaration and signature of authorized representative of debtor**

The debtor requests relief in accordance with the chapter of title 11, United States Code, specified in this petition.

I have been authorized to file this petition on behalf of the debtor.

I have examined the information in this petition and have a reasonable belief that the information is true and correct.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on    12/10/2023
           MM / DD / YYYY

**X** /s/ Lakeeta S Conti _____
Signature of authorized representative of debtor

**Lakeeta S Conti** _____
Printed name

Title    **Managing Member** _____

**18. Signature of attorney**

**X** /s/ A.Rita Kostopoulos _____    Date 12/10/2023
Signature of attorney for debtor                                   MM / DD / YYYY

**A. RITA KOSTOPOULOS 283934**
Printed name

**Kostopoulos Law Group PC**
Firm name

**7677 Oakport Street Suite 550**
**Oakland CA 94621**
Number, Street, City, State & ZIP Code

Contact phone   **510-208-3109**    Email address   **klg@kostopouloslawyers.com**

**283934 CA**
Bar number and State

**Fill in this information to identify the case:**

Debtor name    **TOTAL INFUSION INC**

United States Bankruptcy Court for the:   NORTHERN DISTRICT OF CALIFORNIA

Case number (if known) _____

☐ Check if this is an
    amended filing

Official Form 202

# Declaration Under Penalty of Perjury for Non-Individual Debtors   12/15

An individual who is authorized to act on behalf of a non-individual debtor, such as a corporation or partnership, must sign and submit this form for the schedules of assets and liabilities, any other document that requires a declaration that is not included in the document, and any amendments of those documents. This form must state the individual's position or relationship to the debtor, the identity of the document, and the date. Bankruptcy Rules 1008 and 9011.

**WARNING -- Bankruptcy fraud is a serious crime. Making a false statement, concealing property, or obtaining money or property by fraud in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both. 18 U.S.C. §§ 152, 1341, 1519, and 3571.**

| | Declaration and signature |
|---|---|

I am the president, another officer, or an authorized agent of the corporation; a member or an authorized agent of the partnership; or another individual serving as a representative of the debtor in this case.

I have examined the information in the documents checked below and I have a reasonable belief that the information is true and correct:

☑   *Schedule A/B: Assets–Real and Personal Property* (Official Form 206A/B)
☑   *Schedule D: Creditors Who Have Claims Secured by Property* (Official Form 206D)
☑   *Schedule E/F: Creditors Who Have Unsecured Claims* (Official Form 206E/F)
☑   *Schedule G: Executory Contracts and Unexpired Leases* (Official Form 206G)
☑   *Schedule H: Codebtors* (Official Form 206H)
☑   *Summary of Assets and Liabilities for Non-Individuals* (Official Form 206Sum)
☐   Amended *Schedule*
☐   *Chapter 11 or Chapter 9 Cases: List of Creditors Who Have the 20 Largest Unsecured Claims and Are Not Insiders* (Official Form 204)
☐   Other document that requires a declaration _____

I declare under penalty of perjury that the foregoing is true and correct.

Executed on    12/10/2023      *X* /s/ Lakeeta S Conti
                                         Signature of individual signing on behalf of debtor

                                         **Lakeeta S Conti**
                                         Printed name

                                         **Managing Member**
                                         Position or relationship to debtor

**Fill in this information to identify the case:**

Debtor name    **TOTAL INFUSION INC**

United States Bankruptcy Court for the:    NORTHERN DISTRICT OF CALIFORNIA

Case number (if known) _____

☐ Check if this is an
   amended filing

Official Form 206Sum

# Summary of Assets and Liabilities for Non-Individuals

12/15

---

### Part 1:   Summary of Assets

1.   ***Schedule A/B: Assets-Real and Personal Property*** (Official Form 206A/B)

   1a. **Real property:**
       Copy line 88 from *Schedule A/B*.............................................................................    $ _____ **0.00**

   1b. **Total personal property:**
       Copy line 91A from *Schedule A/B*.........................................................................    $ _____ **216,998.17**

   1c. **Total of all property:**
       Copy line 92 from *Schedule A/B*...........................................................................    $ _____ **216,998.17**

---

### Part 2:   Summary of Liabilities

2.   ***Schedule D: Creditors Who Have Claims Secured by Property*** (Official Form 206D)
   Copy the total dollar amount listed in Column A, *Amount of claim,* from line 3 of *Schedule D*....................    $ _____ **0.00**

3.   ***Schedule E/F: Creditors Who Have Unsecured Claims*** (Official Form 206E/F)

   3a. **Total claim amounts of priority unsecured claims:**
       Copy the total claims from Part 1 from line 5a of *Schedule E/F*...........................................    $ _____ **0.00**

   3b. **Total amount of claims of nonpriority amount of unsecured claims:**
       Copy the total of the amount of claims from Part 2 from line 5b of *Schedule E/F*............................    +$ _____ **2,582,440.44**

4.   **Total liabilities** ........................................................................................................
   Lines 2 + 3a + 3b    $ _____ **2,582,440.44**

Case: 23-41619    Doc# 1    Filed: 12/11/23    Entered: 12/11/23 14:40:11    Page 6 of 45

# Official Form 206A/B
## Schedule A/B: Assets - Real and Personal Property    **12/15**

Disclose all property, real and personal, which the debtor owns or in which the debtor has any other legal, equitable, or future interest. Include all property in which the debtor holds rights and powers exercisable for the debtor's own benefit. Also include assets and properties which have no book value, such as fully depreciated assets or assets that were not capitalized. In Schedule A/B, list any executory contracts or unexpired leases. Also list them on *Schedule G: Executory Contracts and Unexpired Leases* (Official Form 206G).

Be as complete and accurate as possible. If more space is needed, attach a separate sheet to this form. At the top of any pages added, write the debtor's name and case number (if known). Also identify the form and line number to which the additional information applies. If an additional sheet is attached, include the amounts from the attachment in the total for the pertinent part.

For Part 1 through Part 11, list each asset under the appropriate category or attach separate supporting schedules, such as a fixed asset schedule or depreciation schedule, that gives the details for each asset in a particular category. List each asset only once. In valuing the debtor's interest, do not deduct the value of secured claims. See the instructions to understand the terms used in this form.

| Part 1: | Cash and cash equivalents |
| --- | --- |

**1. Does the debtor have any cash or cash equivalents?**

■ No. Go to Part 2.
☐ Yes Fill in the information below.

| All cash or cash equivalents owned or controlled by the debtor | Current value of debtor's interest |
| --- | --- |

| Part 2: | Deposits and Prepayments |
| --- | --- |

**6. Does the debtor have any deposits or prepayments?**

■ No. Go to Part 3.
☐ Yes Fill in the information below.

| Part 3: | Accounts receivable |
| --- | --- |

**10. Does the debtor have any accounts receivable?**

■ No. Go to Part 4.
☐ Yes Fill in the information below.

| Part 4: | Investments |
| --- | --- |

**13. Does the debtor own any investments?**

■ No. Go to Part 5.
☐ Yes Fill in the information below.

| Part 5: | Inventory, excluding agriculture assets |
| --- | --- |

**18. Does the debtor own any inventory (excluding agriculture assets)?**

☐ No. Go to Part 6.
■ Yes Fill in the information below.

| General description | Date of the last physical inventory | Net book value of debtor's interest (Where available) | Valuation method used for current value | Current value of debtor's interest |
| --- | --- | --- | --- | --- |

19.    **Raw materials**

20.   **Work in progress**

21.   **Finished goods, including goods held for resale**

22.   **Other inventory or supplies**
      **See attachment to this schedule.**
      **Includes medical supplies and medication and equipment.**    March 2023         Unknown    N/A                  $10,000.00

23.   **Total of Part 5.**                                                                  $10,000.00

      Add lines 19 through 22.  Copy the total to line 84.

24.   **Is any of the property listed in Part 5 perishable?**
      ■ No
      ☐ Yes

25.   **Has any of the property listed in Part 5 been purchased within 20 days before the bankruptcy was filed?**
      ■ No
      ☐ Yes. Book value  _____  Valuation method  _____  Current Value  _____

26.   **Has any of the property listed in Part 5 been appraised by a professional within the last year?**
      ■ No
      ☐ Yes

| Part 6: | Farming and fishing-related assets (other than titled motor vehicles and land) |

27. **Does the debtor own or lease any farming and fishing-related assets (other than titled motor vehicles and land)?**

      ■ No.  Go to Part 7.
      ☐ Yes Fill in the information below.

| Part 7: | Office furniture, fixtures, and equipment; and collectibles |

38. **Does the debtor own or lease any office furniture, fixtures, equipment, or collectibles?**

      ☐ No.  Go to Part 8.
      ■ Yes Fill in the information below.

| General description | Net book value of debtor's interest (Where available) | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|
| 39.  **Office furniture** **Office furniture/Office Equipment** | $0.00 | | $10,000.00 |

40.   **Office fixtures**

41.   **Office equipment, including all computer equipment and communication systems equipment and software**

42.   **Collectibles** *Examples*: Antiques and figurines; paintings, prints, or other artwork; books, pictures, or other art objects; china and crystal; stamp, coin, or baseball card collections; other collections, memorabilia, or collectibles

43.   **Total of Part 7.**                                                                  $10,000.00

      Add lines 39 through 42.  Copy the total to line 86.

44.   **Is a depreciation schedule available for any of the property listed in Part 7?**

Case: 23-41619   Doc# 1   Filed: 12/11/23   Entered: 12/11/23 14:40:11   Page 8 of 45

�■ No
☐ Yes

45.    **Has any of the property listed in Part 7 been appraised by a professional within the last year?**
       ■ No
       ☐ Yes

| Part 8: | Machinery, equipment, and vehicles |

46. **Does the debtor own or lease any machinery, equipment, or vehicles?**

■ No.  Go to Part 9.
☐ Yes Fill in the information below.

| Part 9: | Real property |

54. **Does the debtor own or lease any real property?**

■ No.  Go to Part 10.
☐ Yes Fill in the information below.

| Part 10: | Intangibles and intellectual property |

59. **Does the debtor have any interests in intangibles or intellectual property?**

☐ No.  Go to Part 11.
■ Yes Fill in the information below.

| General description | Net book value of debtor's interest (Where available) | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|
| 60. **Patents, copyrights, trademarks, and trade secrets** **Total Infusion INC-registered trademark Logo** | **$0.00** | | **$1.00** |
| 61. **Internet domain names and websites** **www.totalinfusion.com** | **$0.00** | | **$1.00** |
| 62. **Licenses, franchises, and royalties** **City of Oakland business tax license #00212091** **State of California business entity #C4282956** | **$0.00** | | **$1.00** |

63.    **Customer lists, mailing lists, or other compilations**

64.    **Other intangibles, or intellectual property**

65.    **Goodwill**

66.    **Total of Part 10.**

|  | **$3.00** |
|---|---|

       Add lines 60 through 65. Copy the total to line 89.

67.    **Do your lists or records include personally identifiable information of customers** (as defined in 11 U.S.C.§§ 101(41A) and 107**?**
       ■ No
       ☐ Yes

68.    **Is there an amortization or other similar schedule available for any of the property listed in Part 10?**

Case: 23-41619   Doc# 1   Filed: 12/11/23   Entered: 12/11/23 14:40:11   Page 9 of 45

■ No
☐ Yes

69.  **Has any of the property listed in Part 10 been appraised by a professional within the last year?**

■ No
☐ Yes

| Part 11: | All other assets |
|---|---|

70. **Does the debtor own any other assets that have not yet been reported on this form?**
Include all interests in executory contracts and unexpired leases not previously reported on this form.

☐ No.  Go to Part 12.
■ Yes Fill in the information below.

|  | Current value of debtor's interest |
|---|---|

71.  **Notes receivable**
Description (include name of obligor)

72.  **Tax refunds and unused net operating losses (NOLs)**
Description (for example, federal, state, local)

73.  **Interests in insurance policies or annuities**

74.  **Causes of action against third parties (whether or not a lawsuit has been filed)**

**Uncollectable claims from patients**                                        $196,995.17

| Nature of claim | Infursion Therapy  Out Patients received and did not pay Debtor |
|---|---|
| Amount requested | $0.00 |

75.  **Other contingent and unliquidated claims or causes of action of every nature, including counterclaims of the debtor and rights to set off claims**

76.  **Trusts, equitable or future interests in property**

77.  **Other property of any kind not already listed** *Examples:* Season tickets, country club membership

78.  **Total of Part 11.**

Add lines 71 through 77. Copy the total to line 90.        | $196,995.17 |
|---|

79.  **Has any of the property listed in Part 11 been appraised by a professional within the last year?**

■ No
☐ Yes

| Part 12: | Summary |
|---|---|

**In Part 12 copy all of the totals from the earlier parts of the form**

| Type of property | Current value of personal property | Current value of real property |
|---|---|---|
| 80. **Cash, cash equivalents, and financial assets.** *Copy line 5, Part 1* | $0.00 | |
| 81. **Deposits and prepayments.** *Copy line 9, Part 2.* | $0.00 | |
| 82. **Accounts receivable.** *Copy line 12, Part 3.* | $0.00 | |
| 83. **Investments.** *Copy line 17, Part 4.* | $0.00 | |
| 84. **Inventory.** *Copy line 23, Part 5.* | $10,000.00 | |
| 85. **Farming and fishing-related assets.** *Copy line 33, Part 6.* | $0.00 | |
| 86. **Office furniture, fixtures, and equipment; and collectibles.** *Copy line 43, Part 7.* | $10,000.00 | |
| 87. **Machinery, equipment, and vehicles.** *Copy line 51, Part 8.* | $0.00 | |
| 88. **Real property.** *Copy line 56, Part 9.*.......................................................> | | $0.00 |
| 89. **Intangibles and intellectual property.** *Copy line 66, Part 10.* | $3.00 | |
| 90. **All other assets.** *Copy line 78, Part 11.* | + $196,995.17 | |
| 91. **Total.** Add lines 80 through 90 for each column | $216,998.17 | + 91b. $0.00 |
| 92. **Total of all property on Schedule A/B.** Add lines 91a+91b=92 | | $216,998.17 |

INVENTORY AND MEDICATION STORED IN STORAGE UNIT

| Box # | Item | Size | count | Quantity |
|---|---|---|---|---|
| 1 | Patient Belongings Bags | | 25 | 5 |
| 1 | Alcohol Prep Pad | 2x2 | 200 | 5 |
| 1 | BD Insyte Autoguard BC | 24G x 3/4 | 50 | 2 |
| 1 | Eclipse Injection Needle | 25 G | 100 | 1 |
| 1 | Sterile Water | 10mL | 25 | 2 |
| 1 | Protective Disk with CHG | 0.75cm | 9 | 1 |
| 1 | Kendall Hypoallergenic Tape | 3" x 10 yard | 4 | 2 |
| 1 | Bandage Scissors | | | 2 |
| 1 | Kelly Forceps | | | 2 |
| 1 | BD Vacutainer Eclipse | 22G x 1 1/4 | 48 | 1 |
| 1 | BD Precision Glide Needle | 25G x 5/8 | 100 | 13 |
| 1 | BD Precision Glide Needle | 22G x 1 1/2 | 100 | 9 |
| 1 | BD Precision Glide Needle | 21G x 1 1/2 | 100 | 2 |
| 2 | BD Nokor Filter needle w/5 Micron Filter | 18G x 1 1/2 | 100 | 10 |
| 2 | BD Insyte Autoguard BC | 20G x 1 | 50 | 1 |
| 2 | BD Insyte Autoguard BC | 22G x 1 | 50 | 2 |
| 2 | Extension Set | 8" Needleless | 100 | 1 |
| 2 | Tongue Depressors | 6" | 100 | 1 |
| 2 | Welch Allyn single Use Specula | Adult 4.25mm | 850 | 1 |
| 2 | Crosstex Ultra Gauze | 2x2 | 200 | 6 |
| 3 | TDI Shield Nitrile Specialty Glove | Medium | 50 | 7 |
| 3 | MiniLoc | 20G x 0.75 in | 20 | 3 |
| 3 | Surgical Gloves | 7 1/2 | 25 | 1 |
| 3 | BD Vacutainer Push Button | 21 g x 3/4" x 7 " | 50 | 1 |
| 4 | Syringe | 3 ml | 100 | 3 |
| 4 | Syringe | 20 ml | 50 | 3 |
| 4 | Tegaderm CHG | 4 x 4 3/4 | | 3 |
| 4 | Tegaderm HP | 2 3/8 x 2 3/8 | 100 | 25 |
| 5 | Syringe | 20 ml | 50 | 2 |
| 5 | 0.9 % Sodium Chloride Injection flush Syringe | 5mL | 30 | 4 |
| 5 | Aneroid Sphygmomanometer | | | 1 |
| 5 | IV 3000 | 4 x 4 3/4 | 50 | 4 |
| 5 | 3M Tran spore Tape | 1 in x 12 yd | 12 | 3 |

| | Description | Size | Qty | Qty |
|---|---|---|---|---|
| 6 | Syringe | 10 ml | 200 | 1 |
| 6 | Bouffant Caps | Large | 100 | 1 |
| 6 | Pill Crusher Pouch | | ·50 | 17 |
| 6 | Curity Gauze Sponges | 2x2 | 50 | 4 |
| 6 | Curity Gauze Sponges 12 ply | 4x4 | 10 | 3 |
| 6 | Carpuject Syringe System | | 28 | |
| 7 | Instant Cold Compress | 5x5.5 | | 138 |
| 7 | BD Eclipse Injection Needle | 22G x 1 1/2 | 100 | 1 |
| 8 | Hand & Body Lotion | 4 oz | | 45 |
| 8 | Medicine Cups | | 100 | 40 |
| 8 | Carpujects | | | 23 |
| 8 | Ambu SPUR II Bag Valve Mask | Infant | | 2 |
| 8 | Red Biohazard Waste Bags | 1 Gallon | 20 | 8 |
| 9 | Blue Pads | | 100 | 2 |
| 9 | Blood Drawing Kit w/needle | 16gx1 | | 24 |
| 9 | Patient Belongings Bags | | 25 | 4 |
| 9 | ZYNO Extension Sets FE04 | | | 81 |
| 9 | Redi Flush Jr | | 40 | 11 |
| 10 | Isolation Gowns | | 12 | 4 |
| 10 | Shoe Covers | | 100 | 2 |
| 11 | Isolation Overalls | Medium | | 14 |
| 12 | Isolation Overalls | Medium | | 14 |
| 13 | Isolation Overalls | Medium | | 13 |
| 14 | Isolation Overalls | XL | | 15 |
| 15 | Isolation Overalls | XL | | 15 |
| 16 | Isolation Overalls | XL | | 8 |
| 16 | Isolation Overalls | 2XL | | 2 |
| 17 | IV Start Kit | | | 100 |
| 17 | Central Line Dressing Tray | | | 35 |
| 18 | True Care IV Administration Set w/Flow Regulator | 92" | | 100 |
| 18 | Zyno Administration Set B2-70070 | 105" | | 15 |
| 19 | ZYNO Secondary Administration Set AX-80075 | 40" | | 150 |
| 20 | ZYNO Extension Sets FE01 | 10" | | 200 |

| | Item | Spec | Qty | Count |
|---|------|------|-----|-------|
| 20 | BD Vacutainer | | | 168 |
| 21 | Face Shields | | 100 | 1 |
| 22 | Syringe | 60mL | | 128 |
| 23 | Nasal Cannulas | 7" | | 100 |
| 23 | Crosstex Ultra Gauze | 2x2 | 200 | 8 |
| 23 | BD vacutainer Holder | | 250 | 1 |
| 24 | Ambu SPUR II Bag Valve Mask | Adult | | 2 |
| 24 | Oxygen Mask | Adult | | 42 |
| 24 | B Brain Mini-Spike | | | 32 |
| 24 | Red Biohazard Waste Bags | 11x14 | 50 | 9 |
| 25 | ICU Mini Transfer Device | | 50 | 2 |
| 25 | BD Syringe | 50mL | 40 | 1 |
| 25 | Paper Pillow Cases | | | 100 |
| 26 | ZYNO Secondary Admin Set AX-80075 | 40" | | 64 |
| 26 | MS 450 Swirler | | | 1 |
| 26 | ZYNO 0.2 Micon Filter FE01 | 10" | | 75 |
| 26 | DISS Adapter | | | 25 |
| 26 | Miniloc | 20gx1.5" | | 20 |
| 26 | Miniloc | 20gx1" | | 55 |
| 27 | ZYNO Administration Set B2-70072 | | | 56 |
| 27 | Syringe | 50mL | | 12 |
| 27 | Syringe | 3mL | | 50 |
| 27 | Syringe 20mL | 50 | | 1 |
| 28 | Welch Alyn Automated Blood Pressure System REF 901042 | | | 5 |
| 28 | Biohazard Bag | 1 gallon | 20 | 2 |
| 28 | Welch Alyn Thermometer REF 105801 | | | 2 |
| 28 | Pulse Oximeter | | | 2 |
| 28 | IV 33000 | 4x4 3/4 | | 37 |
| 28 | Tegaderm HP | 2x 2 1/2 | | 27 |
| 28 | Pill Crusher Silent Knight | | | 1 |
| 28 | Miniloc | 20G 3/4" | | 10 |
| 28 | Syringe | 3mL | | 70 |
| 28 | BD Eclipse Injection Needle | 25G x 1" | | 65 |

| | | | | |
|---|---|---|---|---|
| 28 | 0.9 NS syringe | 3mL | | 44 |
| 28 | BD Insyte Autoguard BC | 20Gx1" | | 42 |
| 28 | BD Insyte Autoguard BC | 24G x 0.75" | | 65 |
| 28 | BD Insyte Autoguard BC | 22G 1" | | 35 |
| 28 | 3 way Stopcock | | | 25 |
| 28 | IV Start Kit | | | 10 |
| 28 | MegaMover Portable Transport Unit | | | 1 |
| 29 | Swingline Staple Remover | | | |
| 29 | Swingline Staples | | 5000 | 4 |
| 29 | Universal Paperclips | | 100 | 14 |
| 29 | No 2 Pencils | | 12 | 11 |
| 29 | Scotch Tape | | 10 | 2 |
| 29 | Paper Mate Erasers | | 12 | 3 |
| 29 | Push Pins Clear | | 100 | 4 |
| 29 | Legal Size Employee File Folders | | 10 | 1 |
| 29 | Yello Sharpie | | | 34 |
| 29 | Supplies Caddy | | | 1 |
| 29 | Swingline 3 hole punch | | | 1 |
| 29 | Swingline Commercial Desktop Stapler | | | 3 |
| 29 | Scotch Desktop Dispenser | | | 2 |
| 30 | Letter Size Hanging File Folders | | 50 | 3 |
| 30 | Binder 1" | | | 1 |
| 30 | HP Inker Cartridge 63XL (BLACK) | | | 1 |
| 30 | HP Inker Cartridge 65XL (BLACK/TRI-COLOR) | | | 1 |
| 30 | HP Inker Cartridge 63 (BLACK) | | | 1 |
| 30 | HP Inker Cartridge 63 (TRI-COLOR) | | | 1 |
| 30 | Zebra Scanner | | | 1 |
| 30 | HP Smart Tank Plus 651 Printer | | | 1 |
| 30 | Calculators | | | 3 |
| 30 | Vari desk lamp | | | 1 |
| 31 | Clipboards | | | 6 |
| 31 | Binder 1" | | | 3 |
| 31 | Letter Size Hanging File Folders | | | 3 |
| 32 | Lactated Ringers and 5% Dextrose | 1000mL | | 35 | 12/2023 |

| | | | | |
|---|---|---|---|---|
| 33 | Lactated Ringers | 1000mL | | 14 | 11/2023 |
| 33 | Lactated Ringers | 500mL | | 7 | 01/2024 |
| 33 | Chemotherapy Spill Kit | | | 3 |
| 33 | 0.9 NS syringe | 10mL | | 50 |
| 34 | Manilla Folders | | 250 | 1 |
| 34 | KOSS Communication Headset | | | 1 |
| 34 | Desk Caddy | | | 3 |
| 34 | Swingline Stapler | | | 5 |
| 34 | Office Scissors | | | 6 |
| 34 | Panasonic Headset | | | 2 |
| 34 | Tape Holder | | | 6 |
| 34 | Headphones | | | 90 |
| 34 | Two Hole puncher | | | 1 |
| 35 | Pill Crusher Silent Knight | | | 1 |
| 35 | Syringe | 10mL | | 30 |
| 35 | Zyno Secondary Administartion Set | | | 11 |
| 35 | Syringe | 20mL | | 25 |
| 35 | BD Chloraprep Clear | | | 20 |
| 35 | Tourniquet | | | 50 |
| 35 | Chemo Spill Kit | | | 2 |
| 35 | SafeWear Form Fit Isolation Gown | | 12 | 2 |
| 35 | MedSource Extension Set | 8" | | 40 |
| 35 | Zyno Administration Set B2-70072 | | | 10 |
| 36 | ProSafe Face Shield | | | 32 |
| 36 | Large Ambu Bag | | | 1 |
| 36 | Oxygen Mask | | | 6 |
| 36 | Nasal Cannulas | | | |
| 36 | DISS Adapter | | 25 | 1 |
| 36 | Otoscope | | | 1 |
| 36 | Sharps Container & Lid | 5Qt | | 3 |
| 37 | Sodium Chloride | 1000mL | | 4 | 11/2023 |
| 37 | Sodium Chloride | 500mL | | 21 | 10/24 |
| 37 | Sodium Chloride | 250mL | | 15 | 04/2024 |
| 37 | Sodium Chloride | 100mL | | 10 | 08/2023 |

| | Item | Description | | Qty | Date |
|---|---|---|---|---|---|
| 38 | D5W | 1000mL | | 4 | 11/24 |
| 38 | D5LR | 1000mL | | 7 | 12/2023 |
| 38 | Sterile Water Vial | 10mL | | 15 | 06/25 |
| 38 | Vancomycin | 1 gram vial | | 10 | 12/2023 |
| 38 | Zoledronic Acid | 5mg/100mL | | 1 | 07/2024 |
| 38 | Cefepime | 1 gram vial | | 10 | 08/2024 |
| 38 | Ondansetron | 4mg vial | | 31 | 12/2024 |
| 38 | Bumetanide | 1mg/4mL | | 10 | 06/2024 |
| 38 | Ceftriaxone | 500mg/vial | | 10 | 06/2024 |
| 38 | Dexamethasone | 10mg/mL | 25 | 1 | 01/2024 |
| 38 | Diphenhyidramine | 50mg per mL | | 59 | 05/2024 |
| 38 | Furosemide | 40mg/4mL | | 5 | 12/2024 |
| 38 | Kimyrsa | 1200mg | | 1 | 10/2023 |
| 38 | Ventolin HFA | 90mcg per actuation | | 4 | 08/2023 |
| 38 | Narcan | 0.4mg | | 10 | 11/23 |
| 38 | Solu-C ortef | 100mg | | 8 | 9/24 |
| 38 | Venofer | 200mg | | 3 | 07/24 |
| 38 | Veklury | 100mg | | 8 | 02/25 |
| 38 | Metoclopramide | 10mg | | 11 | 08/24 |
| 39 | Batteries for Zoll AED Plus | | | 10 | |
| 39 | CPR-D-padz | | | 3 | |
| 39 | Zoll AED Plus | Adult | | 2 | |
| 39 | Zoll AED Plus | Pediatric | | 1 | |
| 39 | Letter Size Hanging File Folders | | 50 | 1 | |
| 39 | Fire Door Tags (set of 8) | | | 2 | |
| 39 | sphygmomanometer | | | 1 | |
| 39 | National Call Systems #NCS-EC-40R3 | | | 1 | |
| 39 | National Call Systems Call Buttons | | | 10 | |
| 39 | National Call Systems Pagers | | | 4 | |
| 39 | National Call Systems Lanyards | | | 6 | |
| 39 | Ergonomic Mouse and Keyboard Pad set | | | 1 | |
| 40 | HP LaserJet Ink Cartridge 206X (CYAN) | | | 1 | |
| 40 | HP LaserJet Ink Cartridge 206X (BLACK) | | | 1 | |
| 40 | HP LaserJet Ink Cartridge 206X (YELLOW) | | | 1 | |

| | | |
|---|---|---|
| 40 HP LaserJet Ink Cartridge 206X (MAJENTA) | | 1 |
| 40 Rollo Logistics Label Printer | | 1 |
| 40 Labels for Rollo  Printer | | 1000 |
| 40 Holder for Rollo Printer Lables | | 1 |
| 40 Cobra Walkie Talkie Set w desktop charger and 6 transmitters | | 1 |
| 40 Vari Desk Lamp | | 1 |
| 40 NIBP Cuff | Adult E11 | 4 |
| 40 NIBP Cuff | Adult E10 | 3 |
| 40 NIBP Cuff | Adult E9 | 4 |
| 40 NIBP Cuff | Small Adult E8 | 3 |
| 40 Infrared Thermometers | | 5 |
| 41 Radio Chest Harness | | 5 |
| 41 Sharps Container & Lid | | 5 |
| 42 HP Zbook | | 2 |
| 43 HP Keyboard/Mouse Set | | 3 |
| 43 HP Logitech Keyboard/Mouse Set | | 1 |
| 43 Electric Pencil Sharpener | | 2 |
| 43 HP Dock Station | | 3 |
| 43 HDMI Cables | | 5 |
| 43 Vari Lamps | | 3 |
| 43 Vari DEsk Hooks | | 12 |
| 43 Vari Power Strip | | 1 |
| 44 IV Pumps | | 4 |
| 45 IV Pumps | | 3 |
| 46 IV Pumps | | 3 |
| 47 IV Pumps | | 2 |
| 48 EMED Technologies (Various needles, flow regulators) | | |
| 48 EMED SCIG60 Pump & Carrying Case | | 1 |
| 48 Purrell Body Fluid Spill Kit | | 6 |
| 48 Binder | 1" | 2 |
| 48 STAMP: Your Account is Past Due | | 1 |
| 48 STAMP: Account Seriously Overdue | | 1 |
| 48 STAMP: Final Notice | | 1 |
| 48 STAMP:  Past Due | | 1 |

| | | |
|---|---|---|
| 48 Blood Scale | 1 | |
| 48 Silent Knight Pill Crusher | 1 | |
| 49 Clipboards | 5 | |

| | | |
|---|---|---|
| Detecto Wheelchair Scale | 1 | |
| Plastic Break Room Chairs | 4 | |
| Round Break Table (5" Diameter) | 1 | |
| Vari Tables | 2 | |
| Vari 6x8 Elctric Standing Desk | 1 | |
| Vari 4x6 Electric Standing Desi | 6 | |
| Drive Wheelchair | 1 | |
| Eden Vital Signs Monitor | 4 | |
| IV Poles | 10 | |
| Rubbermaid Small Waste Baskets | 15 | |
| Office Chairs | 9 | |
| Guest Chairs | 12 | |
| Clinical Lab Stools | 4 | |
| 24 LED TV | 1 | |
| Vari Foot Pedestals | 7 | |
| Over Chair Tables | 4 | |
| Champion Infusion Therapy Recliner | 11 | |
| Champion Infusion Therapy Recliner (Geriatric) | 1 | |
| Vari Desk Monitor Stand | 6 | |
| HP M283FDW Color Laser Jet Pro MFP Printer | 1 | |
| HP Smart Tank Plus All in One Printer 651 | 1 | |
| HP X24lh Gaming Monitor | 3 | |
| HP P24 G4 | 4 | |
| HP Z25xs G3 Monitor | 2 | |
| Chester Chest - 2400 | 1 | |
| Summit  Warming Cabinet | 1 | |
| AMN Stratus Video & Rolling Cart | 1 | 0 |
| Accuvein & Rolling Cart | 1 | |
| Standing Thermoscan | 1 | |

| | |
|---|---|
| Detecto Standing Scale | 1 |
| DeVilbiss Healthcare 5 liter oxygen concentrator | 2 |
| HP DeskJet Printer 3772 | 1 |
| Portable IV Poles | 5 |
| Medication Refrigerator | 1 |
| Vertical Laminar Flow Hood | 1 |

**Fill in this information to identify the case:**

Debtor name    **TOTAL INFUSION INC**

United States Bankruptcy Court for the:    NORTHERN DISTRICT OF CALIFORNIA

Case number (if known)    _____

☐ Check if this is an amended filing

## Official Form 206D
# Schedule D: Creditors Who Have Claims Secured by Property    **12/15**

**Be as complete and accurate as possible.**

**1. Do any creditors have claims secured by debtor's property?**

   ■ No. Check this box and submit page 1 of this form to the court with debtor's other schedules. Debtor has nothing else to report on this form.

   ☐ Yes. Fill in all of the information below.

Case: 23-41619    Doc# 1    Filed: 12/11/23    Entered: 12/11/23 14:40:11    Page 21 of 45

**Fill in this information to identify the case:**

Debtor name    **TOTAL INFUSION INC**

United States Bankruptcy Court for the:    NORTHERN DISTRICT OF CALIFORNIA

Case number (if known)

☐ Check if this is an amended filing

## Official Form 206E/F
## Schedule E/F: Creditors Who Have Unsecured Claims    12/15

Be as complete and accurate as possible. Use Part 1 for creditors with PRIORITY unsecured claims and Part 2 for creditors with NONPRIORITY unsecured claims.
List the other party to any executory contracts or unexpired leases that could result in a claim. Also list executory contracts on *Schedule A/B: Assets - Real and Personal Property* (Official Form 206A/B) and on *Schedule G: Executory Contracts and Unexpired Leases* (Official Form 206G). Number the entries in Parts 1 and 2 in the boxes on the left. If more space is needed for Part 1 or Part 2, fill out and attach the Additional Page of that Part included in this form.

### Part 1:    List All Creditors with PRIORITY Unsecured Claims

1. **Do any creditors have priority unsecured claims?** (See 11 U.S.C. § 507).

☐ No. Go to Part 2.

☑ Yes. Go to line 2.

2. **List in alphabetical order all creditors who have unsecured claims that are entitled to priority in whole or in part.** If the debtor has more than 3 creditors with priority unsecured claims, fill out and attach the Additional Page of Part 1.

|  |  | Total claim | Priority amount |
|---|---|---|---|

| 2.1 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $0.00 | $0.00 |
|---|---|---|---|---|

**Franchise Tax Board**
**Bankruptcy Section MS A340**
**Po Box 2952**
**Sacramento, CA 95812**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**FOR NOTICE PURPOSES ONLY**

Last 4 digits of account number

Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (8)

Is the claim subject to offset?
☑ No
☐ Yes

| 2.2 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $0.00 | $0.00 |
|---|---|---|---|---|

**Internal Revenue Service**
**P.O. Box 7346**
**Philadelphia, PA 19101**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**FOR NOTICE PURPOSES ONLY**

Last 4 digits of account number

Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (8)

Is the claim subject to offset?
☑ No
☐ Yes

### Part 2:    List All Creditors with NONPRIORITY Unsecured Claims

3. **List in alphabetical order all of the creditors with nonpriority unsecured claims.** If the debtor has more than 6 creditors with nonpriority unsecured claims, fill out and attach the Additional Page of Part 2.

                                                                 **Amount of claim**

33267

Case: 23-41619    Doc# 1    Filed: 12/11/23    Entered: 12/11/23 14:40:11    Page 22 of 45

| Debtor | **TOTAL INFUSION INC** | Case number (if known) | |
|---|---|---|---|
| | Name | | |

| 3.1 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **$1,349.02** |
|---|---|---|---|

**3.1**

Nonpriority creditor's name and mailing address
**ADT Security Services**
**PO BOX 371878**
**Pittsburgh, PA 15250-7878**

Date(s) debt was incurred __2020__
Last 4 digits of account number __5824__

As of the petition filing date, the claim is: Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: __Other__

Is the claim subject to offset? ☐ No ☐ Yes

**$1,349.02**

---

**3.2**

Nonpriority creditor's name and mailing address
**ALAMEDA COUNTY**
**ENVIRONMENTAL HEALTH**
**PO BOX N**
**Alameda, CA 94501-0108**

Date(s) debt was incurred __2021__
Last 4 digits of account number __0136__

As of the petition filing date, the claim is: Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: __Other__

Is the claim subject to offset? ☐ No ☐ Yes

**$94.00**

---

**3.3**

Nonpriority creditor's name and mailing address
**Alco**
**5600 N River Rd Suite 400**
**Des Plaines, IL 60018**

Date(s) debt was incurred __2023__
Last 4 digits of account number __8932__

As of the petition filing date, the claim is: Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: __Insurance Premium__

Is the claim subject to offset? ■ No ☐ Yes

**$1,533.23**

---

**3.4**

Nonpriority creditor's name and mailing address
**Bankers Health Care Group**
**10234 W State Road 84**
**Fort Lauderdale, FL 33324**

Date(s) debt was incurred __2020__
Last 4 digits of account number __9818__

As of the petition filing date, the claim is: Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: __Business Loan__

Is the claim subject to offset? ☐ No ☐ Yes

**$320,824.32**

---

**3.5**

Nonpriority creditor's name and mailing address
**Bankers Healthcare Group Business Platin**
**PO BOX 306005**
**Nashville, TN 37230-6005**

Date(s) debt was incurred __2020__
Last 4 digits of account number __5476__

As of the petition filing date, the claim is: Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: __Credit Card__

Is the claim subject to offset? ☐ No ☐ Yes

**$13,297.34**

---

**3.6**

Nonpriority creditor's name and mailing address
**California Dept of Public Health**
**PO Box 997377, MS 0500**
**Sacramento, CA 95899-7377**

Date(s) debt was incurred __2022__
Last 4 digits of account number __5722__

As of the petition filing date, the claim is: Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: __Business Grant__

Is the claim subject to offset? ■ No ☐ Yes

**$187,500.00**

---

**3.7**

Nonpriority creditor's name and mailing address
**Cardinal Health Specialty**
**6640 Echo Drive**
**Suite J**
**Reno, NV 89506-2635**

Date(s) debt was incurred __2022__
Last 4 digits of account number __3184__

As of the petition filing date, the claim is: Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: __Other__

Is the claim subject to offset? ■ No ☐ Yes

**$32,286.45**

Case: 23-41619   Doc# 1   Filed: 12/11/23   Entered: 12/11/23 14:40:11   Page 23 of 45

| Debtor | **TOTAL INFUSION INC** | Case number *(if known)* | |
|--------|------------------------|--------------------------|---|
| | Name | | |

---

| 3.8 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$89.95** |
|-----|------|------|------|
| | **Chamber of Commerce**<br>**PO BOX 888342**<br>**Los Angeles, CA 90088-8342** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| | Date(s) debt was incurred __2023__ | **Basis for the claim:** __Other__ | |
| | Last 4 digits of account number __2290__ | Is the claim subject to offset? ■ No ☐ Yes | |

---

| 3.9 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$1,028.97** |
|-----|------|------|------|
| | **CITY OF OAKLAND**<br>**250 FRANK H OGAWA PI #1320**<br>**Oakland, CA 94612** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| | Date(s) debt was incurred __2023__ | **Basis for the claim:** __Other__ | |
| | Last 4 digits of account number __2091__ | Is the claim subject to offset? ■ No ☐ Yes | |

---

| 3.10 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$1,471.58** |
|-----|------|------|------|
| | **Comcast Business**<br>**9602 S 300 W Ste B**<br>**Sandy, UT 84070-3302** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| | Date(s) debt was incurred __2020__ | **Basis for the claim:** __Other__ | |
| | Last 4 digits of account number __5006__ | Is the claim subject to offset? ■ No ☐ Yes | |

---

| 3.11 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$858.01** |
|-----|------|------|------|
| | **Community Health Center Network**<br>**101 Callan Ave**<br>**San Leandro, CA 94577** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| | Date(s) debt was incurred __2023__ | **Basis for the claim:** __Other__ | |
| | Last 4 digits of account number __3722__ | Is the claim subject to offset? ■ No ☐ Yes | |

---

| 3.12 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$542,944.79** |
|-----|------|------|------|
| | **Community Vision Capital and Consulting**<br>**870 Market St**<br>**Suite 67**<br>**San Francisco, CA 94102** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| | Date(s) debt was incurred __2020__ | **Basis for the claim:** __Business Loan__ | |
| | Last 4 digits of account number __0655__ | Is the claim subject to offset? ■ No ☐ Yes | |

---

| 3.13 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$128,303.61** |
|-----|------|------|------|
| | **Drake Conti**<br>**6610 Bancroft Ave**<br>**Oakland, CA 94605** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| | Date(s) debt was incurred __2022__ | **Basis for the claim:** __Loan to company__ | |
| | Last 4 digits of account number __6848__ | Is the claim subject to offset? ■ No ☐ Yes | |

---

| 3.14 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$40,000.00** |
|-----|------|------|------|
| | **Emile Allen MD**<br>**6612 Bancroft Ave**<br>**Oakland, CA 94605** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| | Date(s) debt was incurred __2021-2022__ | **Basis for the claim:** __Unpaid Wages__ | |
| | Last 4 digits of account number __ | Is the claim subject to offset? ■ No ☐ Yes | |

| 3.15 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $325.76 |
|---|---|---|---|

**Fremont Bank**
**39105 Freamont Blvd**
**Fremont, CA 94538**

Date(s) debt was incurred  **2021**

Last 4 digits of account number  **1998**

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Other**

Is the claim subject to offset? ☐ No  ☐ Yes

---

| 3.16 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $101,060.00 |
|---|---|---|---|

**Kapitus Serving Inc.**
**2500 Wilson Blvd**
**Suite 350**
**Arlington, VA 22201**

Date(s) debt was incurred  **2022**

Last 4 digits of account number  **8461**

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Business Loan**

Is the claim subject to offset? ☐ No  ☐ Yes

---

| 3.17 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $44,953.27 |
|---|---|---|---|

**Lakeeta Conti**
**6610 Bancroft Ave**
**Oakland, CA 94605**

Date(s) debt was incurred  **2022**

Last 4 digits of account number  _

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Unpaid Wages**

Is the claim subject to offset? ☒ No  ☐ Yes

---

| 3.18 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $313,721.31 |
|---|---|---|---|

**Lakeeta Conti**
**6610 Bancroft Ave**
**Oakland, CA 94605**

Date(s) debt was incurred  **2022**

Last 4 digits of account number  **3722**

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Loan to company**

Is the claim subject to offset? ☐ No  ☐ Yes

---

| 3.19 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $4,884.00 |
|---|---|---|---|

**Melinta Therapeutics**
**PO Box 120289 Dept 0289**
**Dallas, TX 75312**

Date(s) debt was incurred  **2022**

Last 4 digits of account number  **8137**

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Other**

Is the claim subject to offset? ☐ No  ☐ Yes

---

| 3.20 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $47,659.96 |
|---|---|---|---|

**Metro Medical of Cardinal Health**
**PO BOX 744691**
**Atlanta, GA 30374-4691**

Date(s) debt was incurred  **2022**

Last 4 digits of account number  **3922**

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Other**

Is the claim subject to offset? ☒ No  ☐ Yes

---

| 3.21 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $2,000.00 |
|---|---|---|---|

**Pinnacle Revenue Management Inc**
**25 Orchard View Drive**
**Londonderry, NH 03053**

Date(s) debt was incurred  **2021**

Last 4 digits of account number  **3722**

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Other**

Is the claim subject to offset? ☒ No  ☐ Yes

| Debtor | TOTAL INFUSION INC | Case number (if known) | |
|---|---|---|---|
| | Name | | |

| 3.22 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | Unknown |
|---|---|---|---|

**Small Business Administration**
**El Paso Loan Svcg Ctr (0632)**
**1545 Hawkins Blvd**
**Suite 202**
**El Paso, TX 79925**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __2020__

Basis for the claim: __SBA Loan__

Last 4 digits of account number __None__

Is the claim subject to offset? ■ No ☐ Yes

| 3.23 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $796,254.87 |
|---|---|---|---|

**TC II 7200 Bancroft LLC**
**7200 Bancroft Ave Suite 201**
**Oakland, CA 94605**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __2020__

Basis for the claim: __Lease Agreement__

Last 4 digits of account number __0387__

Is the claim subject to offset? ■ No ☐ Yes

---

## Part 3: List Others to Be Notified About Unsecured Claims

4. List in alphabetical order any others who must be notified for claims listed in Parts 1 and 2. Examples of entities that may be listed are collection agencies, assignees of claims listed above, and attorneys for unsecured creditors.

   If no others need to be notified for the debts listed in Parts 1 and 2, do not fill out or submit this page. If additional pages are needed, copy the next page.

| | Name and mailing address | On which line in Part1 or Part 2 is the related creditor (if any) listed? | Last 4 digits of account number, if any |
|---|---|---|---|
| 4.1 | **Mark Hiltz and Associates LLC**<br>**108 Seaside Circle**<br>**Ponte Vedra Beach, FL 32082** | Line __3.12__<br><br>☐ Not listed. Explain ____ | _ |
| 4.2 | **Murphey Lomon & Associates**<br>**2860 River Rd Suite 200**<br>**Des Plaines, IL 60018** | Line __3.3__<br><br>☐ Not listed. Explain ____ | __1712__ |
| 4.3 | **Small Business Administration CA**<br>**312 N. Spring St.**<br>**Los Angeles, CA 90012** | Line __3.22__<br><br>☐ Not listed. Explain ____ | _ |

---

## Part 4: Total Amounts of the Priority and Nonpriority Unsecured Claims

5. Add the amounts of priority and nonpriority unsecured claims.

| | | | Total of claim amounts |
|---|---|---|---|
| 5a. Total claims from Part 1 | 5a. | $ | 0.00 |
| 5b. Total claims from Part 2 | 5b. + | $ | 2,582,440.44 |
| 5c. Total of Parts 1 and 2<br>Lines 5a + 5b = 5c. | 5c. | $ | 2,582,440.44 |

Debtor name   **TOTAL INFUSION INC**

United States Bankruptcy Court for the:   NORTHERN DISTRICT OF CALIFORNIA

Case number (if known)   _____

☐ Check if this is an
   amended filing

## Official Form 206G
## Schedule G: Executory Contracts and Unexpired Leases     12/15

**Be as complete and accurate as possible. If more space is needed, copy and attach the additional page, number the entries consecutively.**

1. **Does the debtor have any executory contracts or unexpired leases?**
   ☐ No. Check this box and file this form with the debtor's other schedules. There is nothing else to report on this form.
   ☑ Yes. Fill in all of the information below even if the contacts of leases are listed on *Schedule A/B: Assets - Real and Personal* *Property* (Official Form 206A/B).

| 2. List all contracts and unexpired leases | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|
| 2.1.    State what the contract or lease is for and the nature of the debtor's interest      **Month to Month Storage Contract 03/2023 to current** | |
|      State the term remaining      List the contract number of any government contract | **Uhaul 8000 San Leandro St Unit 1137 Oakland, CA 94621** |

Case: 23-41619    Doc# 1    Filed: 12/11/23    Entered: 12/11/23 14:40:11    Page 27 of 45

Debtor name     **TOTAL INFUSION INC**

United States Bankruptcy Court for the:     NORTHERN DISTRICT OF CALIFORNIA

Case number (if known) _____

☐ Check if this is an
amended filing

Official Form 206H
## Schedule H: Your Codebtors
**12/15**

Be as complete and accurate as possible. If more space is needed, copy the Additional Page, numbering the entries consecutively. Attach the Additional Page to this page.

**1. Do you have any codebtors?**

☐ No. Check this box and submit this form to the court with the debtor's other schedules. Nothing else needs to be reported on this form.

☒ Yes

**2. In Column 1, list as codebtors all of the people or entities who are also liable for any debts listed by the debtor in the schedules of creditors, Schedules D-G.** Include all guarantors and co-obligors. In Column 2, identify the creditor to whom the debt is owed and each schedule on which the creditor is listed. If the codebtor is liable on a debt to more than one creditor, list each creditor separately in Column 2.

*Column 1:* **Codebtor**

*Column 2:* **Creditor**

| | Name | Mailing Address | Name | Check all schedules that apply: |
|---|---|---|---|---|
| 2.1 | **Drake & Lakeeta Conti** | **6610 Bancroft Ave Oakland, CA 94605** | **Bankers Health Care Group** | ☐ D _____ <br> ☒ E/F ___3.4___ <br> ☐ G _____ |
| 2.2 | **Drake & Lakeeta Conti** | **6610 Bancroft Ave Oakland, CA 94605** | **California Dept of Public Health** | ☐ D _____ <br> ☒ E/F ___3.6___ <br> ☐ G _____ |
| 2.3 | **Drake & Lakeeta Conti** | **6610 Bancroft Ave Oakland, CA 94605** | **Bankers Healthcare Group Business Platin** | ☐ D _____ <br> ☒ E/F ___3.5___ <br> ☐ G _____ |
| 2.4 | **Drake & Lakeeta Conti** | **6610 Bancroft Ave Oakland, CA 94605** | **Community Vision Capital and Consulting** | ☐ D _____ <br> ☒ E/F ___3.12___ <br> ☐ G _____ |
| 2.5 | **Drake & Lakeeta Conti** | **6610 Bancroft Ave Oakland, CA 94605** | **Fremont Bank** | ☐ D _____ <br> ☒ E/F ___3.15___ <br> ☐ G _____ |

| Debtor | **TOTAL INFUSION INC** | | Case number *(if known)* | |

**Copy this page only if more space is needed.  Continue numbering the lines sequentially from the previous page.**

*Column 1:* **Codebtor** | *Column 2:* **Creditor**

| 2.6 | Drake & Lakeeta Conti | 6610 Bancroft Ave Oakland, CA 94605 | Kapitus Serving Inc. | ☐ D _____<br>■ E/F __3.16__<br>☐ G _____ |
| 2.7 | Drake & Lakeeta Conti | 6610 Bancroft Ave Oakland, CA 94605 | Melinta Therapeutics | ☐ D _____<br>■ E/F __3.19__<br>☐ G _____ |
| 2.8 | Drake & Lakeeta Conti | 6610 Bancroft Ave Oakland, CA 94605 | Metro Medical of Cardinal Health | ☐ D _____<br>■ E/F __3.20__<br>☐ G _____ |
| 2.9 | Drake & Lakeeta Conti | 6610 Bancroft Ave Oakland, CA 94605 | Pinnacle Revenue Management Inc | ☐ D _____<br>■ E/F __3.21__<br>☐ G _____ |
| 2.10 | Drake & Lakeeta Conti | 6610 Bancroft Ave Oakland, CA 94605 | TC II 7200 Bancroft LLC | ☐ D _____<br>■ E/F __3.23__<br>☐ G _____ |

Fill in this information to identify the case:

Debtor name    **TOTAL INFUSION INC**

United States Bankruptcy Court for the:    NORTHERN DISTRICT OF CALIFORNIA

Case number (if known)    _____

☐ Check if this is an amended filing

## Official Form 207
# Statement of Financial Affairs for Non-Individuals Filing for Bankruptcy    **04/22**

**The debtor must answer every question. If more space is needed, attach a separate sheet to this form. On the top of any additional pages, write the debtor's name and case number (if known).**

**Part 1:**    **Income**

1. **Gross revenue from business**

☐ None.

| Identify the beginning and ending dates of the debtor's fiscal year, which may be a calendar year | Sources of revenue<br>Check all that apply | Gross revenue<br>(before deductions and exclusions) |
|---|---|---|
| **From the beginning of the fiscal year to filing date:**<br>From **1/01/2023** to **Filing Date** | ■ Operating a business<br>☐ Other   _____ | **$120,611.62** |
| **For prior year:**<br>From **1/01/2022** to **12/31/2022** | ■ Operating a business<br>☐ Other   _____ | **$580,514.84** |
| **For year before that:**<br>From **1/01/2021** to **12/31/2021** | ■ Operating a business<br>☐ Other   _____ | **$164,793.68** |

2. **Non-business revenue**
Include revenue regardless of whether that revenue is taxable. *Non-business income* may include interest, dividends, money collected from lawsuits, and royalties. List each source and the gross revenue for each separately. Do not include revenue listed in line 1.

■ None.

| | Description of sources of revenue | Gross revenue from each source<br>(before deductions and exclusions) |
|---|---|---|
| | | |

**Part 2:**    **List Certain Transfers Made Before Filing for Bankruptcy**

3. **Certain payments or transfers to creditors within 90 days before filing this case**
List payments or transfers--including expense reimbursements--to any creditor, other than regular employee compensation, within 90 days before filing this case unless the aggregate value of all property transferred to that creditor is less than $7,575. (This amount may be adjusted on 4/01/25 and every 3 years after that with respect to cases filed on or after the date of adjustment.)

■ None.

| Creditor's Name and Address | Dates | Total amount of value | Reasons for payment or transfer<br>Check all that apply |
|---|---|---|---|

4. **Payments or other transfers of property made within 1 year before filing this case that benefited any insider**
List payments or transfers, including expense reimbursements, made within 1 year before filing this case on debts owed to an insider or guaranteed

Case: 23-41619    Doc# 1    Filed: 12/11/23    Entered: 12/11/23 14:40:11    Page 30 of 45

or cosigned by an insider unless the aggregate value of all property transferred to or for the benefit of the insider is less than $7,575. (This amount may be adjusted on 4/01/25 and every 3 years after that with respect to cases filed on or after the date of adjustment.) Do not include any payments listed in line 3. *Insiders* include officers, directors, and anyone in control of a corporate debtor and their relatives; general partners of a partnership debtor and their relatives; affiliates of the debtor and insiders of such affiliates; and any managing agent of the debtor. 11 U.S.C. § 101(31).

■ None.

| Insider's name and address Relationship to debtor | Dates | Total amount of value | Reasons for payment or transfer |
|---|---|---|---|

5. **Repossessions, foreclosures, and returns**
List all property of the debtor that was obtained by a creditor within 1 year before filing this case, including property repossessed by a creditor, sold at a foreclosure sale, transferred by a deed in lieu of foreclosure, or returned to the seller. Do not include property listed in line 6.

■ None

| Creditor's name and address | Describe of the Property | Date | Value of property |
|---|---|---|---|

6. **Setoffs**
List any creditor, including a bank or financial institution, that within 90 days before filing this case set off or otherwise took anything from an account of the debtor without permission or refused to make a payment at the debtor's direction from an account of the debtor because the debtor owed a debt.

■ None

| Creditor's name and address | Description of the action creditor took | Date action was taken | Amount |
|---|---|---|---|

**Part 3:    Legal Actions or Assignments**

7. **Legal actions, administrative proceedings, court actions, executions, attachments, or governmental audits**
List the legal actions, proceedings, investigations, arbitrations, mediations, and audits by federal or state agencies in which the debtor was involved in any capacity—within 1 year before filing this case**.**

■ None.

| Case title Case number | Nature of case | Court or agency's name and address | Status of case |
|---|---|---|---|

8. **Assignments and receivership**
List any property in the hands of an assignee for the benefit of creditors during the 120 days before filing this case and any property in the hands of a receiver, custodian, or other court-appointed officer within 1 year before filing this case.

■ None

**Part 4:    Certain Gifts and Charitable Contributions**

9. **List all gifts or charitable contributions the debtor gave to a recipient within 2 years before filing this case unless the aggregate value of the gifts to that recipient is less than $1,000**

■ None

| Recipient's name and address | Description of the gifts or contributions | Dates given | Value |
|---|---|---|---|

**Part 5:    Certain Losses**

10. **All losses from fire, theft, or other casualty within 1 year before filing this case.**

■ None

| Description of the property lost and how the loss occurred | Amount of payments received for the loss<br><br>If you have received payments to cover the loss, for example, from insurance, government compensation, or tort liability, list the total received.<br><br>List unpaid claims on Official Form 106A/B *(Schedule A/B: Assets – Real and Personal Property).* | Dates of loss | Value of property lost |
|---|---|---|---|

---

**Part 6:    Certain Payments or Transfers**

---

11. **Payments related to bankruptcy**
    List any payments of money or other transfers of property made by the debtor or person acting on behalf of the debtor within 1 year before the filing of this case to another person or entity, including attorneys, that the debtor consulted about debt consolidation or restructuring, seeking bankruptcy relief, or filing a bankruptcy case.

    ☐ None.

| | Who was paid or who received the transfer?<br>Address | If not money, describe any property transferred | Dates | Total amount or value |
|---|---|---|---|---|
| 11.1. | **Kostopoulos Law Group PC**<br>**3844 La Sierra Avenue, Suite B**<br>**Riverside, CA 92505** | **Attorney Fees** | **02/2023** | **$3,000.00** |
| | Email or website address<br>**klg@kostopouloslawyers.com** | | | |
| | Who made the payment, if not debtor? | | | |
| 11.2. | **Kostopoulos Law Group PC**<br>**3844 La Sierra Avenue, Suite B**<br>**Riverside, CA 92505** | **Court Filing Fees** | **02/2023** | **$338.00** |
| | Email or website address<br>**klg@kostopouloslawyers.com** | | | |
| | Who made the payment, if not debtor? | | | |

12. **Self-settled trusts of which the debtor is a beneficiary**
    List any payments or transfers of property made by the debtor or a person acting on behalf of the debtor within 10 years before the filing of this case to a self-settled trust or similar device.
    Do not include transfers already listed on this statement.

    ■ None.

| Name of trust or device | Describe any property transferred | Dates transfers were made | Total amount or value |
|---|---|---|---|

13. **Transfers not already listed on this statement**
    List any transfers of money or other property by sale, trade, or any other means made by the debtor or a person acting on behalf of the debtor within 2 years before the filing of this case to another person, other than property transferred in the ordinary course of business or financial affairs. Include both outright transfers and transfers made as security. Do not include gifts or transfers previously listed on this statement.

    ■ None.

| Who received transfer?<br>Address | Description of property transferred or payments received or debts paid in exchange | Date transfer was made | Total amount or value |
|---|---|---|---|

---

**Part 7:    Previous Locations**

---

Case: 23-41619    Doc# 1    Filed: 12/11/23    Entered: 12/11/23 14:40:11    Page 32 of 45

**14. Previous addresses**
List all previous addresses used by the debtor within 3 years before filing this case and the dates the addresses were used.

■ Does not apply

| Address | Dates of occupancy From-To |
| --- | --- |

| **Part 8:** | **Health Care Bankruptcies** |
| --- | --- |

**15. Health Care bankruptcies**
Is the debtor primarily engaged in offering services and facilities for:
- diagnosing or treating injury, deformity, or disease, or
- providing any surgical, psychiatric, drug treatment, or obstetric care?

☐ No. Go to Part 9.

■ Yes. Fill in the information below.

| | Facility name and address | Nature of the business operation, including type of services the debtor provides | If debtor provides meals and housing, number of patients in debtor's care 746 |
| --- | --- | --- | --- |
| 15.1. | **Total Infusion Inc 6955 Foothill Blvd Suite 67A Oakland, CA 94065** | **Out patient infusion center** | |
| | | Location where patient records are maintained (if different from facility address). If electronic, identify any service provider. **Record of the care was sent to the referring provided . Debtor had web app that hold the names/accounts of all patients information . Debtor would then send the patient recrods back to the facilities in the manner they requested** | How are records kept? *Check all that apply:* ■ Electronically ☐ Paper |

| **Part 9:** | **Personally Identifiable Information** |
| --- | --- |

**16. Does the debtor collect and retain personally identifiable information of customers?**

☐ No.

■ Yes. State the nature of the information collected and retained.

**PHI-Demograghics for the prevision of covid care**

Does the debtor have a privacy policy about that information?
☐ No
■ Yes

**17. Within 6 years before filing this case, have any employees of the debtor been participants in any ERISA, 401(k), 403(b), or other pension or profit-sharing plan made available by the debtor as an employee benefit?**

☐ No. Go to Part 10.

■ Yes. Does the debtor serve as plan administrator?

☐ No Go to Part 10.
■ Yes. Fill in below.

| Name of plan | Employer identification number of the plan |
| --- | --- |
| **401K Sure Plan** | EIN: **241796** |

Has the plan been terminated?
☐ No
■ Yes

## Part 10: Certain Financial Accounts, Safe Deposit Boxes, and Storage Units

**18. Closed financial accounts**
Within 1 year before filing this case, were any financial accounts or instruments held in the debtor's name, or for the debtor's benefit, closed, sold, moved, or transferred?
Include checking, savings, money market, or other financial accounts; certificates of deposit; and shares in banks, credit unions, brokerage houses, cooperatives, associations, and other financial institutions.

☐ None

| | Financial Institution name and Address | Last 4 digits of account number | Type of account or instrument | Date account was closed, sold, moved, or transferred | Last balance before closing or transfer |
|---|---|---|---|---|---|
| 18.1. | **Fremont Bank**<br>**39105 Freamont Blvd**<br>**Fremont, CA 94538** | **XXXX-1998** | ■ Checking<br>☐ Savings<br>☐ Money Market<br>☐ Brokerage<br>☐ Other___ | **10/2023** | **$0.00** |

**19. Safe deposit boxes**
List any safe deposit box or other depository for securities, cash, or other valuables the debtor now has or did have within 1 year before filing this case.

■ None

| Depository institution name and address | Names of anyone with access to it<br>Address | Description of the contents | Does debtor still have it? |
|---|---|---|---|

**20. Off-premises storage**
List any property kept in storage units or warehouses within 1 year before filing this case. Do not include facilities that are in a part of a building in which the debtor does business.

☐ None

| Facility name and address | Names of anyone with access to it | Description of the contents | Does debtor still have it? |
|---|---|---|---|
| **U Haul Storage**<br>**8000 San Leandro St #1137**<br>**Oakland, CA 94621** | **Lakeeta Conti** | **Furniture**<br>**Supplies**<br>**Equipment**<br>**Perishable Medication** | ☐ No<br>■ Yes |

## Part 11: Property the Debtor Holds or Controls That the Debtor Does Not Own

**21. Property held for another**
List any property that the debtor holds or controls that another entity owns. Include any property borrowed from, being stored for, or held in trust. Do not list leased or rented property.

■ None

## Part 12: Details About Environment Information

For the purpose of Part 12, the following definitions apply:
*Environmental law* means any statute or governmental regulation that concerns pollution, contamination, or hazardous material, regardless of the medium affected (air, land, water, or any other medium).

*Site* means any location, facility, or property, including disposal sites, that the debtor now owns, operates, or utilizes or that the debtor formerly owned, operated, or utilized.

*Hazardous material* means anything that an environmental law defines as hazardous or toxic, or describes as a pollutant, contaminant, or a

Case: 23-41619    Doc# 1    Filed: 12/11/23    Entered: 12/11/23 14:40:11    Page 34 of 45

similarly harmful substance.

**Report all notices, releases, and proceedings known, regardless of when they occurred.**

22.  **Has the debtor been a party in any judicial or administrative proceeding under any environmental law?** Include settlements and orders.

■ No.
☐ Yes. Provide details below.

| Case title<br>Case number | Court or agency name and address | Nature of the case | Status of case |
|---|---|---|---|

23. **Has any governmental unit otherwise notified the debtor that the debtor may be liable or potentially liable under or in violation of an environmental law?**

■ No.
☐ Yes. Provide details below.

| Site name and address | Governmental unit name and address | Environmental law, if known | Date of notice |
|---|---|---|---|

24. **Has the debtor notified any governmental unit of any release of hazardous material?**

■ No.
☐ Yes. Provide details below.

| Site name and address | Governmental unit name and address | Environmental law, if known | Date of notice |
|---|---|---|---|

**Part 13:  Details About the Debtor's Business or Connections to Any Business**

25. **Other businesses in which the debtor has or has had an interest**
List any business for which the debtor was an owner, partner, member, or otherwise a person in control within 6 years before filing this case. Include this information even if already listed in the Schedules.

☐ None

| Business name address | Describe the nature of the business | Employer Identification number<br>Do not include Social Security number or ITIN.<br><br>Dates business existed |
|---|---|---|
| 25.1.  **Total Infusion, Inc.**<br>**6610 Bancroft Ave**<br>**Oakland, CA 94605** | **Outpatient Infusion Center** | EIN:    **84-2025227**<br><br>From-To    **05/2021 to 03/2023** |

26. **Books, records, and financial statements**
26a. List all accountants and bookkeepers who maintained the debtor's books and records within 2 years before filing this case.

☐ None

| Name and address | Date of service<br>From-To |
|---|---|
| 26a.1.  **Gordon Saito & Co CPA**<br>**7575 North Palm Avenue Unit 205**<br>**Fresno, CA 93711** | **01/01/2021 to current** |

26b. List all firms or individuals who have audited, compiled, or reviewed debtor's books of account and records or prepared a financial statement within 2 years before filing this case.

■ None

26c. List all firms or individuals who were in possession of the debtor's books of account and records when this case is filed.

☐ None

| Name and address | If any books of account and records are unavailable, explain why |
|---|---|
| 26c.1.  **Lakeeta Conti**<br>**6610 Bancroft Ave**<br>**Oakland, CA 94605** | **n/a** |

26d. List all financial institutions, creditors, and other parties, including mercantile and trade agencies, to whom the debtor issued a financial statement within 2 years before filing this case.

☐ None

| Name and address |
|---|
| 26d.1.  **Community Vision Capital and Consulting**<br>**870 Market St**<br>**Suite 67**<br>**San Francisco, CA 94102** |
| 26d.2.  **Kapitus Serving Inc.**<br>**2500 Wilson Blvd**<br>**Suite 350**<br>**Arlington, VA 22201** |
| 26d.3.  **Bankers Health Care Group**<br>**10234 W State Road 84**<br>**Fort Lauderdale, FL 33324** |
| 26d.4.  **Bankers Healthcare Group Business Platin**<br>**PO BOX 306005**<br>**Nashville, TN 37230-6005** |
| 26d.5.  **California Dept of Public Health**<br>**PO Box 997377, MS 0500**<br>**Sacramento, CA 95899-7377** |
| 26d.6.  **Cardinal Health Specialty**<br>**6640 Echo Drive**<br>**Suite J**<br>**Reno, NV 89506-2635** |
| 26d.7.  **Community Vision Capital and Consulting**<br>**870 Market St**<br>**Suite 67**<br>**San Francisco, CA 94102** |
| 26d.8.  **Melinta Therapeutics**<br>**PO Box 120289 Dept 0289**<br>**Dallas, TX 75312** |
| 26d.9.  **Metro Medical of Cardinal Health**<br>**PO BOX 744691**<br>**Atlanta, GA 30374-4691** |

27. **Inventories**
    Have any inventories of the debtor's property been taken within 2 years before filing this case?

    ■ No
    ☐ Yes. Give the details about the two most recent inventories.

| Name of the person who supervised the taking of the inventory | Date of inventory | The dollar amount and basis (cost, market, or other basis) of each inventory |
|---|---|---|

28. **List the debtor's officers, directors, managing members, general partners, members in control, controlling shareholders, or other people in control of the debtor at the time of the filing of this case.**

| Name | Address | Position and nature of any interest | % of interest, if any |
|---|---|---|---|
| Lakeeta S Conti | 6612 Bancroft Ave Oakland, CA 94605 | President/Secretary | 60% |

| Name | Address | Position and nature of any interest | % of interest, if any |
|---|---|---|---|
| Drake Conti | 6610 Bancroft Ave Oakland, CA 94602 | CFO | 40% |

29. **Within 1 year before the filing of this case, did the debtor have officers, directors, managing members, general partners, members in control of the debtor, or shareholders in control of the debtor who no longer hold these positions?**

☑ No
☐ Yes. Identify below.

30. **Payments, distributions, or withdrawals credited or given to insiders**
    Within 1 year before filing this case, did the debtor provide an insider with value in any form, including salary, other compensation, draws, bonuses, loans, credits on loans, stock redemptions, and options exercised?

☐ No
☑ Yes. Identify below.

| | Name and address of recipient | Amount of money or description and value of property | Dates | Reason for providing the value |
|---|---|---|---|---|
| 30.1. | **Lakeeta S Conti 6612 Bancroft Ave Oakland, CA 94605** | **$105,609.09** | **07/1/22 to 6/30/23** | **Salary Refund of personal retirement funds Payment for U-haul storage** |
| | **Relationship to debtor Self** | | | |
| 30.2. | **Drake Conti 6610 Bancroft Ave Oakland, CA 94605** | **$15,000** | **Jan 2023** | **Repayment of short term loan** |
| | **Relationship to debtor Husband** | | | |

31. **Within 6 years before filing this case, has the debtor been a member of any consolidated group for tax purposes?**

☑ No
☐ Yes. Identify below.

| Name of the parent corporation | Employer Identification number of the parent corporation |
|---|---|
| | |

32. **Within 6 years before filing this case, has the debtor as an employer been responsible for contributing to a pension fund?**

☐ No
☑ Yes. Identify below.

| Name of the pension fund | Employer Identification number of the pension fund |
|---|---|
| **Sure 401K** | EIN:    **241796** |

| Part 14: | Signature and Declaration |
|---|---|

**WARNING** -- Bankruptcy fraud is a serious crime.  Making a false statement, concealing property, or obtaining money or property by fraud in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both.
18 U.S.C. §§ 152, 1341, 1519, and 3571.

I have examined the information in this *Statement of Financial Affairs* and any attachments and have a reasonable belief that the information is true and correct.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on    **December 10, 2023**

| **/s/ Lakeeta S Conti** | **Lakeeta S Conti** |
|---|---|
| Signature of individual signing on behalf of the debtor | Printed name |

Position or relationship to debtor    **Managing Member**

**Are additional pages to *Statement of Financial Affairs for Non-Individuals Filing for Bankruptcy* (Official Form 207) attached?**

☑ No
☐ Yes

**UNITED STATES BANKRUPTCY COURT**
**NORTHERN DISTRICT OF CALIFORNIA**

In re                                                    Case No.

**TOTAL INFUSION INC**

_____ Debtor(s).          /

<u>CREDITOR MATRIX COVER SHEET</u>

I declare that the attached Creditor Mailing Matrix, consisting of __5__ sheets, contains the correct, complete and current names and addresses of all priority, secured and unsecured creditors listed in debtor's filing and that this matrix conforms with the Clerk's promulgated requirements.

DATED: 12/10/2023

/s/ A.Rita Kostopoulos
_____
Signature of Debtor's Attorney or Pro Per Debtor

ADT Security Services
PO BOX 371878
Pittsburgh, PA 15250-7878


ALAMEDA COUNTY
ENVIRONMENTAL HEALTH
PO BOX N
Alameda, CA 94501-0108


Alco
5600 N River Rd Suite 400
Des Plaines, IL 60018


Bankers Health Care Group
10234 W State Road 84
Fort Lauderdale, FL 33324


Bankers Healthcare Group Business Platin
PO BOX 306005
Nashville, TN 37230-6005


California Dept of Public Health
PO Box 997377, MS 0500
Sacramento, CA 95899-7377


Cardinal Health Specialty
6640 Echo Drive
Suite J
Reno, NV 89506-2635


Chamber of Commerce
PO BOX 888342
Los Angeles, CA 90088-8342

CITY OF OAKLAND
250 FRANK H OGAWA PI #1320
Oakland, CA 94612


Comcast Business
9602 S 300 W Ste B
Sandy, UT 84070-3302


Community Health Center Network
101 Callan Ave
San Leandro, CA 94577


Community Vision Capital and Consulting
870 Market St
Suite 67
San Francisco, CA 94102


Drake & Lakeeta Conti
6610 Bancroft Ave
Oakland, CA 94605


Drake & Lakeeta Conti
6610 Bancroft Ave
Oakland, CA 94605


Drake & Lakeeta Conti
6610 Bancroft Ave
Oakland, CA 94605


Drake & Lakeeta Conti
6610 Bancroft Ave
Oakland, CA 94605

```
Drake & Lakeeta Conti
6610 Bancroft Ave
Oakland, CA 94605


Drake & Lakeeta Conti
6610 Bancroft Ave
Oakland, CA 94605


Drake & Lakeeta Conti
6610 Bancroft Ave
Oakland, CA 94605


Drake & Lakeeta Conti
6610 Bancroft Ave
Oakland, CA 94605


Drake & Lakeeta Conti
6610 Bancroft Ave
Oakland, CA 94605


Drake & Lakeeta Conti
6610 Bancroft Ave
Oakland, CA 94605


Drake Conti
6610 Bancroft Ave
Oakland, CA 94605


Emile Allen MD
6612 Bancroft Ave
Oakland, CA 94605
```

Franchise Tax Board
Bankruptcy Section MS A340
Po Box 2952
Sacramento, CA 95812


Fremont Bank
39105 Freamont Blvd
Fremont, CA 94538


Internal Revenue Service
P.O. Box 7346
Philadelphia, PA 19101


Kapitus Serving Inc.
2500 Wilson Blvd
Suite 350
Arlington, VA 22201


Lakeeta Conti
6610 Bancroft Ave
Oakland, CA 94605


Lakeeta Conti
6610 Bancroft Ave
Oakland, CA 94605


Mark Hiltz and Associates LLC
108 Seaside Circle
Ponte Vedra Beach, FL 32082


Melinta Therapeutics
PO Box 120289 Dept 0289
Dallas, TX 75312

Metro Medical of Cardinal Health
PO BOX 744691
Atlanta, GA 30374-4691


Murphey Lomon & Associates
2860 River Rd Suite 200
Des Plaines, IL 60018


Pinnacle Revenue Management Inc
25 Orchard View Drive
Londonderry, NH 03053


Small Business Administration
El Paso Loan Svcg Ctr (0632)
1545 Hawkins Blvd
Suite 202
El Paso, TX 79925


Small Business Administration CA
312 N. Spring St.
Los Angeles, CA 90012


TC II 7200 Bancroft LLC
7200 Bancroft Ave Suite 201
Oakland, CA 94605


Uhaul
8000 San Leandro St
Unit 1137
Oakland, CA 94621

# United States Bankruptcy Court
## Northern District of California

In re **TOTAL INFUSION INC**

Debtor(s)

Case No.

Chapter **7**

## CORPORATE OWNERSHIP STATEMENT (RULE 7007.1)

Pursuant to Federal Rule of Bankruptcy Procedure 7007.1 and to enable the Judges to evaluate possible disqualification or recusal, the undersigned counsel for **TOTAL INFUSION INC** in the above captioned action, certifies that the following is a (are) corporation(s), other than the debtor or a governmental unit, that directly or indirectly own(s) 10% or more of any class of the corporation's(s') equity interests, or states that there are no entities to report under FRBP 7007.1:

☑ None [*Check if applicable*]

12/10/2023

Date

/s/ A.Rita Kostopoulos

**A. RITA KOSTOPOULOS 283934**

Signature of Attorney or Litigant
Counsel for **TOTAL INFUSION INC**

**Kostopoulos Law Group PC**
**7677 Oakport Street Suite 550**
**Oakland CA 94621**
**510-208-3109 Fax: 510-838-2422**
**klg@kostopouloslawyers.com**